|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 12 2022 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

In re: DAVID ANTHONY STEBBINS.

——————————————————

DAVID ANTHONY STEBBINS,

        Petitioner,

  v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND,

        Respondent,

KARL POLANO; et al.,

        Real Parties in Interest.

No. 22-70132

D.C. No. 4:21-cv-04184-JSW
Northern District of California,
Oakland

ORDER

Before: SILVERMAN, CALLAHAN, and COLLINS, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus or prohibition. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

Petitioner's motion to proceed in forma pauperis (Docket Entry No. 2) is denied as moot.

No further filings will be entertained in this closed case.

**DENIED.**